# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 20, 2013

_____

No. 12-30308

_____

Lyle W. Cayce
Clerk

CALVIN JAMES,

> Plaintiff - Appellant

v.

CURTIS MASON; UNITED STATES OF AMERICA,

> Defendants - Appellees

_____

Appeal from the United States District Court for the
Western District of Louisiana, Alexandria

_____

ON PETITION FOR REHEARING EN BANC

(Opinion 2/5/2013, 5 Cir., _____,)

Before JONES, DENNIS, and HAYNES, Circuit Judges.

PER CURIAM:

( **X** ) Treating the Petition for Rehearing En Banc as a Petition for Panel Rehearing, the Petition for Panel Rehearing is GRANTED in part. the panel reaffirms its prior opinion and judgment affirming the district court except for the discussion of James's FTCA claim. As to this claim only, we vacate the district court's summary judgment and remand for further proceedings in light of the Supreme Court's decision in *Millbrook v. United States*, No. 11-10362 (U.S. Mar. 27, 2013).

**AFFIRMED IN PART, VACATED IN PART AND REMANDED.**